IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SACA, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>JUAN-PABLO MOLYNEUX, also known as JUAN P. MOLYNEUX also known as J.P. MOLYNEUX, individually and as Chief Executive Officer of J.P. MOLYNEUX STUDIO, LTD.; J.P. MOLYNEUX STUDIO, LTD., a New York corporation; and DOES 1-100,<br><br>Defendants. | Case No.  2:06-CV-2818-MCE-EFB<br><br>**ORDER EXTENDING DEFENDANTS' TIME TO ANSWER OR MOVE WITH RESPECT TO PLAINTIFF'S COMPLAINT** |

Upon considering the moving papers, argument of counsel, and all other matters presented to the Court, the Court finds that there is good cause for the *ex parte* application (the "Application") of defendants of Juan Pablo Molyneux and J.P. Molyneux Studio Ltd. ("Defendants") for an order pursuant to Local Rule 6-144(c) extending Defendants' time to answer, move or otherwise respond to the complaint (the "Complaint") of plaintiff John Saca until March 2, 2007. Accordingly,

1   IT IS ORDERED THAT:

2   1.   Defendants' time to answer, move or otherwise respond to the
3   Complaint is extended through and until March 2, 2007.

4   DATED: February 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER ON EX PARTE APPLICATION

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

#1164846 v1
102177-58984