IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN SACA,

      Plaintiff,                             No. CIV S-06-2818 MCE EFB

      vs.

J.P. MOLYNEUX STUDIO LTD. et al.,

                            ORDER

      Defendants.
_____/

This case was before the undersigned on October 10, 2007, for hearing on plaintiff's motions to compel discovery and for sanctions. Port J. Parker appeared as counsel for plaintiff. Illya Hooshang Broomand appeared as counsel for defendants J.P. Molyneux Studio, Ltd., and Juan-Pablo Molyneux. Having considered all submitted papers and oral argument, the court issues the following order.

For the reasons stated on the record during the hearing, the court grants plaintiff's motions to compel supplemental responses to requests for production of documents served on defendants J.P. Molyneux Studio, Ltd., and Juan-Pablo Molyneux. Although defense counsel avers that all non-privileged, responsive documents have been produced, neither plaintiff nor the court can test that assertion in the absence of a privilege log, or similar documentation, required pursuant to Fed. R. Civ. P. 26(b)(5).

As addressed at the October 3, 2007, hearing and in the corresponding order, defendants are required to produce a privilege log consistent with Fed. R. Civ. P. 26(b)(5) where information is withheld on the basis of privilege or some other asserted protection. Defendants are again admonished as to that obligation, and to the extent they have not yet provided a privilege log with respect to the discovery that this the subject of the pending motions, they are ordered to produce one no later than October 19, 2007.

The court further orders defendants to produce supplemental, verified responses to the interrogatories served on each defendant. Consistent with the discussion at the hearing, defendants shall produce verified responses to the interrogatories served on Mr. Molyneux not later than October 19, 2007. To the extent the supplemental responses contain objections on the basis of privilege or other protections, defendants shall produce a corresponding privilege log consistent with Fed. R. Civ. P. 26(b)(5).

To the extent the subparts of the interrogatories served on each defendant exceed the twenty-five allowed under Fed. R. Civ. P. 33(a), the court hereby expands that number to encompass all interrogatories already served, and orders defendants to provide supplemental responses thereto.[1] Defendants J.P. Molyneux Studio, Ltd., and Juan-Pablo Molyneux shall be allowed a reciprocal "expansion" with regard to interrogatories served on plaintiff.

All discovery compelled by this motion, including verifications and privilege logs, shall be provided to plaintiff not later than October 19, 2007.

Finally, with regard to plaintiff's motion for sanctions for defendants' alleged failure to participate in the framing of a discovery plan pursuant to Fed. R. Civ. P. 26(f), the court finds that motion duplicative of the discovery disputes addressed at the October 3, 2007, hearing. In particular, the parties' inability to frame a discovery plan stemmed largely from their inability to agree on scheduling depositions. The court finds that a further award of sanctions here to be

---

[1] Plaintiff served only twenty-five interrogatories on each defendant, but each interrogatory contained several subparts.

2

inappropriate under Fed. R. Civ. P. 37(g), and denies all other requests for sanctions connected with the present motions.

SO ORDERED.

DATED: October 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE