DION N. COMINOS  (SBN:  136522)
I. HOOSHIE BROOMAND (SBN: 210206)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402

Attorneys for Defendants
JUAN PABLO MOLYNEUX and
J.P. MOLYNEUX STUDIO LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SACA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN-PABLO MOLYNEUX, also known as JUAN P. MOLYNEUX also known as J.P. MOLYNEUX, individually and as Chief Executive Officer of J.P. MOLYNEUX STUDIO, LTD; J.P. MOLYNEUX STUDIO LTD, a New York corporation; and DOES 1-100,<br><br>Defendants. | CASE NO.  2:06-cv-02818-MCE-EFB<br><br>**STIPULATION AND PROPOSED ORDER FOR EARLY MANDATORY SETTLEMENT CONFERENCE**<br><br>DATE:  MARCH 3, 2008<br>TIME:   10:00 A.M.<br>COURTROOM: 25<br>JUDGE:  JUDGE EDMUND BRENNAN |

**WHEREAS PLAINTIFF JOHN SACA ("SACA") and DEFENDANTS JUAN PABLO MOLYNEUX and J.P. MOLYNEUX STUDIO LTD**. by and through their respective attorneys of record are filing the current stipulation to respectfully request that this Court schedule a mandatory settlement conference before Judge Edmund Brennan **on March 3, 2008.** After a meet and confer as to availability, the parties hereto agree that an immediate Early Mandatory Settlement Conference with Judge Edmund Brennan may help facilitate a resolution of this Case and may save additional resources.

**WHEREAS**, at Plaintiff's express request, it is expressly understood and agreed that this stipulation should not be construed as a stay of discovery, will not and should not be used to impede discovery, or to impact or delay Plaintiff's attempts in that regard, including Plaintiff's

**STIPULATION AND PROPOSED ORDER FOR MANDATORY SETTLEMENT CONFERENCE**
**2:06-Cv-02818-MCE-EFB**

1  recently filed Motions.  Nor, does or will this stipulation be argued or used as a basis to excuse
2  or justify any past or future non-compliance with any of the Court's prior discovery Orders, or
3  any delay by the parties.

4      **IT IS THEREFORE STIPULATED** by and between the parties that this Court Order
5  an Early Mandatory Settlement Conference and that it take place before Judge Brennan **on
6  March 3, 2008 at 10:00 a.m. in Courtroom 25.** The parties hereto waive any potential
7  disqualification of Magistrate Brennan pursuant to Local Rule 16-240.

8      **IT IS FURTHER STIPULATED** that all of the Parties will <u>personally appear</u> at the
9  Conference, and that a personal representative from Defendants' insurance carrier will
10 participate and be present at the Conference, and said representative will have authority to make
11 a reasonable settlement offer to Plaintiff in this case.  The parties waive notice and stipulate that
12 the Court shall issue, without a hearing, all appropriate sanctions (including attorneys' fees and
13 costs) if the parties fail to appear, or Defendants' carrier (as noted) fails to personally appear and
14 participate.

15 Dated: February 7, 2008        FREIDBERG & PARKER, LLP

17                                  By: /s/ Port J. Parker
                                      PORT J. PARKER, SBN 179256
                                      Attorney for Plaintiff

19 Dated:  February 7, 2008        GORDON & REES LLP

21                                  By: /s/ I. Hooshie Broomand
22                                    I. HOOSHIE BROOMAND, SBN 210206
                                   Attorneys for Defendants
23                                    JUAN PABLO MOLYNEUX and
                                   J.P. MOLYNEUX STUDIO LTD.

25 / / /
26 / / /
27 / / /
28 / / /

*Gordon & Rees LLP*
*655 University Avenue, Suite 200*
*Sacramento, CA 95825*

# ORDER

Based on the stipulation of counsel and consistent therewith, Good Cause Appearing, **IT IS HEREBY ORDERED**

1) A Mandatory Settlement Conference between the parties is scheduled in front of Judge Edmund Brennan on March 3, 2008 at 10:00 a.m. in Courtroom 25 of the above-entitled court;

2) The parties have waived any disqualification of Judge Brennan under United States District Court, Eastern District Local Rule 16-240 or otherwise; and

3) The Parties will <u>personally</u> <u>appear</u> at the Conference. A personal representative from Defendants' insurance carrier must also be present and participate. The parties have waived notice and stipulate that the Court shall issue, without a hearing, all appropriate sanctions (including attorneys' fees and costs) if the parties fail to appear, or Defendants' carrier (as noted) fails to personally appear and participate.

4) Counsel is directed to submit settlement conference statements to the settlement judge not later than seven (7) court days prior to the conference.  At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 16-270(d).

IT IS SO ORDERED.

DATED: February 13, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER FOR MANDATORY SETTLEMENT CONFERENCE**
**2:06-Cv-02818-MCE-EFB**