1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN SACA,

11          Plaintiff,                          No. CIV S-06-2818 MCE EFB

12      vs.

13   J.P. MOLYNEUX STUDIO LTD., et al.,         ORDER RE SETTLEMENT &
                                                DISPOSITION
14
            Defendants.
15   _____/

16      Pursuant to the representations of counsel for the parties at a further telephonic

17   Settlement Conference conducted in Chambers on April 3, 2008, the court has determined that

18   the above-captioned case has settled.

19      The court now ORDERS that:

20      1.  The parties shall execute the Settlement Agreement within five (5) days;

21      2.  Dispositional documents are to be filed not later than seventy (70) days from the date

22   of this order; and

23      3.  All hearing dates set in this matter are **VACATED.**

24   ////

25   ////

26   ////

1

1    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4    IT IS SO ORDERED.

5    DATED:  April 7, 2008.

6                                                EDMUND F. BRENNAN
7                                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2